UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, ) | CASE NO. ED CV 13-284-R (PJW) |
| ) | |
| Petitioner, ) | |
| ) | J U D G M E N T |
| v. ) | |
| ) | |
| GILBERT H. ROBLES, JR., ) | |
| ) | |
| Respondent. ) | |

    Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    DATED:   March 6, 2013  .

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd